AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )  Case No. MJ - 16-09 - GF - JTJ |
| UNITED STATES POSTAL SERVICE PRIORITY MAIL | ) |
| PARCEL 9405 5096 9993 7315 8087 64 | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ State and _____ District of _____ Montana _____ *(identify the person or describe the property to be searched and give its location)*:

UNITED STATES POSTAL SERVICE PRIORITY MAIL PARCEL 9405 5096 9993 7315 8087 64, CURRENTLY LOCATED AT THE SIDNEY, MONTANA POST OFFICE, 101 WEST HOLLY STREET, SIDNEY, MONTANA

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    *March 3, 2016*    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    United States Magistrate Judge John Johnston    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    *2/25/2016 at 8:56a.m.*                    *John Johnston*
                                                                            *Judge's signature*

City and state:    ~~Billings,~~ *Butte*, Montana                    United States Magistrate John Johnston
                                                                            *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>MJ-16-09-GF-JTJ | Date and time warrant executed:<br>04/25/2016 | Copy of warrant and inventory left with:<br>Alicia Lipham |

Inventory made in the presence of :
Not applicable

Inventory of the property taken and name of any person(s) seized:

None.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  5/12/2016

_Julia E. Meredith_
Executing officer's signature

Julia E. Meredith, Special Agent
Printed name and title
FBI